MARCIA ESTARDUS, Respondent, v. HARRY K. THAW, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, Martin, O'Malley and Sherman, JJ.

HERBERT T. EDWARDS and J. HENRY HALLBERG, Appellants, v. HARLEY L. CLARKE, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHRISTIAN GERHARDT, Appellant.— Judgment modified by reducing sentence to thirty days, which is to include the time already served by defendant, and as so modified affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

I. TANENBAUM SON & COMPANY, Respondent v. HYGRADE DYE WORKS, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

IRENE COLLINS, Respondent, v. H. P. WRIGHT & COMPANY, Appellant, Impleaded with Others, Defendants.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

FRANKLYN BACKER, Respondent, v. GEORGE D. TILLOTSON and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SOLOMON DAVIS, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.